# Exhibit A

# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

August 26, 2016

Jay Gibson                                                          Inv. No:  13417
280 Old Highway 227                                                 Matter:  Gibson, Jay
Worthville, KY 41098                                                File No: 3307.1 CH 13 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2015 | PL | Intake of client information, review of documents and attention to engagement | 0.60 | $90.00 |
| 2/16/2015 | CE | Review and revise objection to motion to dismiss; begin research on modifying confirmed plan | 2.70 | $634.50 |
| 2/16/2015 | CE | Review notice of appearance | 0.10 | $23.50 |
| 2/16/2015 | PL | Obtain docket and list of creditors; prepare and file entry of appearance for C. Edwards | 0.50 | $75.00 |
| 2/16/2015 | PL | Begin drafting objection to motion to dismiss case | 0.40 | $60.00 |
| 2/17/2015 | CE | Review motion to continue rescheduled hearing; telephone call from P. Martin re same, potential stay violations | 0.60 | $141.00 |
| 2/17/2015 | PL | Respond to T. Hirsch emails re procedures, local rules, forms | 0.20 | $30.00 |
| 2/18/2015 | PL | Review filings and calendar hearing | 0.20 | $30.00 |
| 2/19/2015 | CE | Telephone call from T. Hirsch re J. Gibson's situation, analysis of situation and conference with W. Harned re same; review of documents | 1.30 | $305.50 |
| 2/19/2015 | WH | Telephone call from T. Hirsch re J. Gibson's situation, analysis re same, and options for amending Chapter 13 plan; conference with C. Edwards re same | 0.70 | $164.50 |
| 3/04/2015 | CE | Drafting of motion to modify confirmed plan, objection to motion to dismiss or convert; research re same | 4.00 | $940.00 |
| 3/04/2015 | PL | Review docket, obtain motion to dismiss | 0.10 | $15.00 |
| 3/06/2015 | PL | Docket deadline to object to motion to modify plan | 0.10 | $15.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 3/10/2015 | CE | Telephone call to D. Logsdon re updates in matter and discussion of potential stay violations | 0.40 | $94.00 |
| 3/25/2015 | PL | Review filings and docket deadlines and hearing re motion to dismiss | 0.20 | $30.00 |
| 3/26/2015 | CE | Conference with J. Harris and W. Harned re bank's secured interest claims and options re addressing same | 1.40 | $329.00 |
| 3/26/2015 | JLH | Conference with W. Harned/C. Edwards re 549/550/362 issues; research (limited) re same | 0.70 | $192.50 |
| 3/26/2015 | WH | Conference with C. Edwards and J. Harris re options for addressing bank's secured interest claim, whether by modification of plan or filing of adversary proceeding | 1.40 | $329.00 |
| 3/30/2015 | CE | Conference with D. Langdon re analysis of posture of case and available options to client | 0.30 | $70.50 |
| 3/30/2015 | DAL | Conference with C. Edwards to analyze posture of case, options available to client | 0.30 | $100.50 |
| 4/02/2015 | CE | Drafting and revising adversary complaint | 2.00 | $470.00 |
| 4/02/2015 | PL | Obtain bank information from Secretary of State | 0.10 | $15.00 |
| 4/02/2015 | PL | Review and revise adversary complaint and objection | 0.80 | $120.00 |
| 4/03/2015 | PL | Finalize and file adversary complaint; finalize and file objection, fourth amended plan and motion to modify plan and related proposed orders; serve all documents; docket deadline and hearing | 2.00 | $300.00 |
| 4/06/2015 | PL | Revise order and tender same | 0.10 | $15.00 |
| 4/06/2015 | PL | Review filings; serve complaint, order and summons | 0.30 | $45.00 |
| 4/08/2015 | PL | Prepare and file affidavit of service; review order; docket dates and deadlines | 0.50 | $75.00 |
| 4/22/2015 | PL | Finalize and tender agreed order continuing hearings; revise and re-tender agreed order | 0.30 | $45.00 |
| 5/14/2015 | CE | Meeting with J. Gibson in Frankfort, KY; travel to and from Frankfort, KY re same | 2.00 | $470.00 |
| 5/19/2015 | PL | Review and finalize agreed order re continued hearings; email proposed order to D. Logsdon for approval | 0.20 | $30.00 |
| 5/20/2015 | PL | Tender agreed order continuing hearings | 0.10 | $15.00 |
| 6/02/2015 | CE | Prepare agreed order, motion to modify and amended plan, agreed order terminating deadlines, motion to dismiss adversary proceeding with prejudice; emails to and from T. | 1.70 | $399.50 |

Hirsch and D. Logsdon re same

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 6/02/2015 | PL | Review and finalize proposed agreed order re settlement | 0.20 | $30.00 |
| 6/09/2015 | PL | Prepare agreed order terminating deadlines; revise per D. Spurlock email; email order to Trustee for approval | 0.60 | $90.00 |
| 6/10/2015 | PL | Review email from Trustee re agreed order; tender agreed order re deadlines | 0.10 | $15.00 |
| 6/11/2015 | PL | Review entered trial order; remove all prior deadlines from calendar and update deadlines | 0.20 | $30.00 |
| 6/30/2015 | PL | Review filings and calendar deadline for settlement documents | 0.10 | $15.00 |
| 7/08/2015 | PL | Docket objection deadline re motion to modify confirmed plan | 0.10 | $15.00 |
| 7/09/2015 | CE | Meeting with T. Hirsch in Louisville, KY; travel to/from Louisville, KY re same | 3.00 | $705.00 |
| 7/10/2015 | PL | Revise agreed order; finalize and file agreed order in main case and adversary case; file amended plan, motion to modify confirmed plan and tender proposed order; service of same; docket objection deadline | 0.80 | $120.00 |
| 7/13/2015 | PL | Review court notice, telephone call to court re two tendered proposed orders; conference with C. Edwards re same; notes to C. Edwards following telephone call with court | 0.30 | $45.00 |
| 7/15/2015 | PL | Telephone call from court regarding tendered agreed order; revise and re-tender order; email to counsel re same | 0.20 | $30.00 |
| 7/16/2015 | PL | Review filings and serve entered order; email order to T. Hirsch; prepare and file certificate of service re same | 0.30 | $45.00 |
| 7/29/2015 | PL | Prepare agreed order dismissing adversary proceeding | 0.30 | $45.00 |
| 7/30/2015 | PL | Revise agreed order dismissing adversary proceeding | 0.10 | $15.00 |
| 7/31/2015 | PL | Review filings and docket hearing | 0.10 | $15.00 |
| 8/04/2015 | PL | Email proposed agreed order to Chapter 13 Trustee for review and approval; tender proposed order | 0.20 | $30.00 |
| 8/05/2015 | PL | Revise agreed order dismissing adversary proceeding; tender order | 0.10 | $15.00 |
| 8/25/2015 | PL | Tender proposed order re modified plan | 0.10 | $15.00 |
| 8/26/2015 | PL | Review and serve entered order; prepare and file certificate of service re same | 0.30 | $45.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/18/2016 | PL | Review filings re default, order of relief | 0.10 | $15.00 |
| 8/23/2016 | PL | Prepare final fee application, notice and proposed order | 0.70 | $105.00 |
| 8/24/2016 | DAL | Review fee application, notice and proposed order | 0.60 | $201.00 |
| 8/26/2016 | DAL | Review and prepare file for closing | 0.10 | $33.50 |
| 8/26/2016 | LMC | Archive file | 0.30 | $28.50 |
| 8/26/2016 | PL | Finalize and file final fee application, notice and proposed order; serve notice; calendar objection deadline | 0.30 | $45.00 |
| 8/26/2016 | PL | Review and prepare file for closing | 0.40 | $60.00 |
| | | For Professional Services Rendered | 35.90 | $7,477.00 |

*Expenses*

| | |
|---|---|
| Compact disc(s) | $4.00 |
| Copies | $59.40 |
| Electronic research | $127.08 |
| Mileage | $191.59 |
| PACER service center | $33.20 |
| Postage | $15.54 |
| U.S. District Court filing fee(s) | $350.00 |
| Total Expenses | $780.81 |
| Total Amount of This Invoice | $8,257.81 |
| Previous Balance | $0.00 |
| Balance Due | $8,257.81 |

Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---|---|---|
| CE | Clair Edwards | 19.50 | $235.00 | $4,582.50 |
| DAL | Dean A. Langdon | 1.00 | $335.00 | $335.00 |
| JLH | Jamie L. Harris | 0.70 | $275.00 | $192.50 |
| LMC | Lyryn Cate | 0.30 | $95.00 | $28.50 |
| PL | Pam Lickert | 12.30 | $150.00 | $1,845.00 |
| WH | Wes Harned | 2.10 | $235.00 | $493.50 |